**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANDRO CEBALLOS, | No. C 08-02162 TEH |
| Plaintiff, | **Clerk's Notice**<br>**Rescheduling Hearing** |
| v. | |
| RICHARD SANDER, ET AL., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 08/04/08 at 1:30 PM has been rescheduled for **Monday, 09/15/08** at **1:30 PM**, before the Honorable Thelton E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case management conference statement.

All other deadlines in the initial case management scheduling order filed on 04/25/08 remain in effect.

Dated:   July 10, 2008                                      FOR THE COURT,

                                                           Richard W. Wieking, Clerk

                                                           By: _____

                                                           R. B. Espinosa
                                                           Deputy Clerk