UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEBALLOS,

    Plaintiff,

v.

SANDERS, et al.,

    Defendants.
_____/

No.  C 08-2162 TEH (WDB)

ORDER

    The undersigned has reviewed the letters dated April 15 and April 17, 2009, from both counsel and declines to take any action at this juncture.

Dated: April 20, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge